UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

Plaintiff(s) William F. Simpson Jr

v.

Defendant(s) Warden Hulik

)
)
)
)
)
)
)

F I L E D
MAR 1 0 2008 *aew*
Mar 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



08CV 1414
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, William F. Simpson Jr_____, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:



3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application to Proceed In Forma Pauperis in the proceeding
   X  detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   William F. Simpson Jr B50864
   Movant's Signature

   P.O. Box 711
   Street Address

   Menard Illinois 62259
   City/State/Zip

Date: _____

As indicated on the opposite page, I am currently or previously have been represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |