# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RUBÉN CASTILLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1414 | **DATE** | April 16, 2008 |
| **CASE TITLE** | U.S. ex rel. William F. Simpson Jr. (#B-50864) vs. Warden Donald Hulick, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of March 18, 2008, the court granted the petitioner's motion for leave to proceed *in forma pauperis* but ordered him to show good cause in writing why his habeas petition should not be dismissed as time-barred. The petitioner was forewarned that failure to show cause within twenty-one days would result in summary dismissal of the petition. Nevertheless, over twenty-one days have elapsed and the petitioner has not responded to the court's order. Accordingly, the petition for a writ of habeas corpus is summarily dismissed on preliminary review pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The case is terminated. The petitioner's motion for appointment of counsel [#4] is denied as moot.

■ [**Docketing to mail notices.**]

mjm