William F. Simpson Jr.  
Reg. No. B50864  
P.O. Box 711  
Menard, Il., 62259

April 21, 2008

Clerk, U.S. District Court  
U. S. Courthouse  
219 S. Dearborn Street  
Chicago, Il., 60604

08CV1414

**FILED**  
APR 29 2008  
4-29-2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

Re: 08CV1414

Dear Clerk;

On April 21, 2008, I received a Minute Order dismissing my habeas petition for failing to respond to a Minute Order dated March 18, 2008. I have never received a Minute Order dated March 18, 2008. The only two correspondences from the Court have come in letters dated March 10, 2008, docketing my petition and assigning a judge, and on March 21, 2008, which was the receipt for my filing fee.

I would like a copy of the Minute Order from March 18, 2008 and also a chance to respond to the Order. How should I proceed from here?

I ask the Court's indulgence to accept my response to the March 18, 2008 Minute Order explaining why my petition is not time barred, which will be arriving within a few days time, and re-docket my case. I also ask that that this Court investigate why I have never received this Minute Order.

Sincerely,

William F. Simpson Jr.