# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RUBÉN CASTILLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1414 | **DATE** | May 8, 2008 |
| **CASE TITLE** | U.S. ex rel. William F. Simpson Jr. (#B-50864) vs. Warden Donald Hulick, et al. | | |

**DOCKET ENTRY TEXT:**

The petitioner reports that he did not receive the court's Minute Order of April 18, 2008. Accordingly, the Clerk is directed to re-mail the petitioner a copy of that order. On the court's own motion, the petitioner is granted an additional thirty days from the date of this order to show good cause in writing why his habeas petition should not be dismissed as time-barred. The case will remain closed unless good cause is shown within thirty days. The petitioner is once again reminded that he must provide the court with the original plus a judge's copy of every document filed.

■ [**Docketing to mail notices.**]

mjm