

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.,) WILLIAM F. SIMPSON JR, ) Petitioner, ) ) -vs- ) ) DONALD HULICK, Warden, ) ) Respondent, ) | No. 08 C 1414 The Honorable RUBEN CASTILLO Judge Presiding |

FILED
MAY 8 2008
May 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION TO RECONSIDER

The Petitioner, William F. Simpson Jr. prays this Honorable Court will, as a matter of sound judicial discretion, reconsider it's decision to dismiss his habeas petition for failing to show cause why his habeas petition should not be dismissed as time barred.

1. On April 16, 2008, this Court dismissed petitioner's habeas petition for failing to show cause as ordered in a previous minute order. Petitioner avows, under penalty of perjury, that he never received any correspondence from the Court that indicated the Court wanted any information from him, and in fact never received a copy of the minute order of March 18, 2008.

2. On April 23, 2008, petitioner received a copy of the minute order dismissing his petition for failing to show cause as ordered by the Court in the previous minute order. This was the first correspondence from the court other than to receive an acknowledgment that his petition had been docketed and to receive an copy of the receipt for the filing fee.

3. Petitioner immediately notified the court clerk that he had no knowledge of the information requested by the Court and that he had never received a copy of the minute order of March 18, 2008.

THEREFORE, petitioner prays that this Honorable Court will reconsider it's decision to dismiss his habeas petition, accept the accompanying motion showing cause and reinstate all of his other pending motions.

Respectfully Submitted,

Willaim F. Simpson Jr.